```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 44905
    SANDRA F SMITH
    ANDRE D SMITH                             CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR
         Debtor
    SSN XXX-XX-2258      SSN XXX-XX-4481


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/07/04 and confirmed on 03/04/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  13500.52 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
RESURGENT CAPITAL SERVIC   SECURED            5875.00       468.97       5875.00
AMERICASH LOANS            UNSECURED        NOT FILED          .00           .00
CRD PRT ASSOC              UNSECURED        NOT FILED          .00           .00
CAPITAL ONE FINANCIAL      UNSECURED        NOT FILED          .00           .00
CRD PRT ASSOC              UNSECURED        NOT FILED          .00           .00
COMED                      UNSECURED        NOT FILED          .00           .00
AMERICAN CASH N GO         UNSECURED           3739.00         .00        755.61
BLITT & GAINES             UNSECURED        NOT FILED          .00           .00
GMAC PAYMENT CENTER        UNSECURED        NOT FILED          .00           .00
HARVARD COLLECTION SERVI   UNSECURED        NOT FILED          .00           .00
LARRY CHAMBERS             UNSECURED           5207.65         .00       1052.40
MARCY FINANCIAL            UNSECURED            868.58         .00        175.53
NCO FINANCIAL SYSTEMS IN   UNSECURED        NOT FILED          .00           .00
NCO FINANCIAL SYSTEMS IN   UNSECURED        NOT FILED          .00           .00
ARMOR SYSTEMS              UNSECURED        NOT FILED          .00           .00
PEOPLES GAS                UNSECURED             40.64         .00          8.21
PIERCE HAMILTON            UNSECURED        NOT FILED          .00           .00
RETAILERS NATL BANK        UNSECURED        NOT FILED          .00           .00
SBC BANKRUPTCY DESK        UNSECURED            795.21         .00        160.70
TCF BANK                   UNSECURED        NOT FILED          .00           .00
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
USA PAYDAY LOANS           UNSECURED        NOT FILED          .00           .00
AFNI/VERIZON               FILED LATE            .00           .00           .00
VISTA MEDICAL CENTER EAS   UNSECURED           1620.80         .00        327.54
RESURGENT CAPITAL SERVIC   UNSECURED           6272.52         .00       1267.60
AMERICAN CASH N GO         UNSECURED            873.40         .00        176.50
            Summary of disbursements:
------------------------------------------------------------------------------
```

```
                    SECURED     PRIORITY     UNSECURED        OTHER          TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  5875.00          .00      19417.80          .00       25292.80
PRINCIPAL PAID      5875.00          .00       3924.09          .00        9799.09
INTEREST PAID        468.97          .00            .00          .00         468.97
TOTAL PAID          6343.97          .00       3924.09          .00       10268.06
```
The Debtor's attorney, DAVID M SIEGEL                    , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $     531.94 .

Refunds to the Debtor totaled $         .52 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 08/19/08                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
    CASE NO. 04 B 44905 SANDRA F SMITH & ANDRE D SMITH